**ORIGINAL**

SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone: 510-412-8900
Cell:  415-913-0787
Fax:   415-689-5213
email: jim@summitdefense.com

Attorneys for Defendant HYUNG LIM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>HYUNG G. LIM,<br><br>    Defendant. | Case No. 12 Cr. 121<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION PURSUANT TO LOCAL RULE 1.3(c) TO APPEAR ON BEHALF OF DEFENDANT HYUNG G. LIM and DECLARATION IN SUPPORT THEREOF |

The Motion by James T. Reilly, Attorney at Law, pursuant to Local Rule 1.3(c), requesting permission to appear in this Court on behalf of Defendant Hyung G. Lim, having been considered by the Court, and good cause appearing therefor, IT IS HEREBY ORDERED that the motion is granted.

IT IS SO ORDERED.

Date: 9/4/12                    _____
                                The HONORABLE Richard J. Sullivan
                                Judge, United States District Court
                                Southern District of New York

Motion Pursuant to Local Rule 1.3(c) - 6

**ORIGINAL**

SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
Fax:    415-689-5213
email:  jim@summitdefense.com

Attorneys for Defendant HYUNG LIM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No. S3 Cr. 121 (RJS) |
| vs. | : | MOTION PURSUANT TO LOCAL RULE 1.3(c) TO APPEAR ON BEHALF OF |
| HYUNG G. LIM, | : | DEFENDANT HYUNG G. LIM and DECLARATION IN |
| Defendant. | : | SUPPORT THEREOF |

NOTICE IS HEREBY GIVEN THAT JAMES T. REILLY, ATTORNEY AT LAW, WILL AND HEREBY DOES MOVE, PURSUANT TO LOCAL RULE 1.3(c), FOR PERMISSION TO APPEAR ON BEHALF OF THE DEFENDANT IN THIS CASE, HYUNG G. LIM, FOR THE PURPOSE OF REPRESENTING HIM WITH RESPECT TO ALL PROCEEDINGS IN THIS MATTER. THIS MOTION IS BASED ON THE ATTACHED DECLARATION OF COUNSEL IN SUPPORT THEREOF.

August 29, 2012

JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
Counsel for Defendant HYUNG G. LIM

Motion Pursuant to Local Rule 1.3(c) - 1

## MOTION PURSUANT TO LOCAL RULE 1.3(c)

James T. Reilly, Attorney at Law, of Summit Defense, A Professional Law Corporation, hereby moves, pursuant to Rule 1.3(c) of the Joint Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, for permission to appear on behalf of the defendant in this case, Hyung G. Lim, for the purpose of representing him with respect to all proceedings in this matter.

Local Rule 1.3(c) provides:

> A member in good standing of the bar of any state or of any United States District Court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion (which may be made by the applicant) and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

The Committee Note to this rule states that the reason such a motion may be brought directly by the applicant, and need not be made by a member of the Court's bar, is that "this is a logical corollary of the fact that the Southern and Eastern Districts no longer require that attorneys admitted pro hac vice be associated with local counsel who are members of the Court's bar."

1 | This motion is based on the attached Declaration of James T.
2 | Reilly, with attached Exhibit A, Certificate of Standing, issued by
3 | The State Bar of California on August 24, 2012, which together
4 | provide grounds for the granting of the motion.

August 29, 2012

*[signature]*

**JAMES T. REILLY, Attorney at Law**
**California State Bar No. 67254**
**Counsel for Defendant HYUNG G. LIM**

Motion Pursuant to Local Rule 1.3(c) - 3

## DECLARATION IN SUPPORT OF MOTION
## PURSUANT TO LOCAL RULE 1.3(c)

I, James T. Reilly, hereby declare, under penalty of perjury under the laws of the State of California and of the United States of America, that I am an attorney, duly licensed to practice law in the State of California and that:

I was admitted by the Supreme Court of the State of California to practice law in that state on December 18, 1975, and have since been continuously and remain at this time an active member of the State Bar of California, duly licensed and authorized to practice law in that state. I have not at any time been the subject of any recommendation to the Supreme Court of the State of California for discipline for professional or other misconduct by the Board of Trustees or a Disciplinary Board. Attached hereto as Exhibit A to this declaration, and in accordance with Local Rule 1.3(c), is a "Certificate of Standing" issued by The State Bar of California on August 24, 2012, certifying the accuracy of the foregoing information.

I am also admitted to practice before the United States District Courts of Northern and Eastern California and am actively representing clients in the Northern District of California, both San Francisco and San Jose Divisions, and the Eastern District. My active or recently concluded federal court cases include several major fraud cases including:

Northern District of California, San Francisco Division: U.S. v. Roberto Heckscher, Case No. CR 09-0998SI (mail fraud/Ponzi scheme), U.S. v. Crisnan Mapote, Case No. CR 09-726-MMC

(mail/mortgage fraud) and U.S. v. Fahim Choudhary, Case No. CR-10-0611WHA (mail/mortgage fraud).

Northern District of California, San Jose Division: U.S. v. Robert E. Estupinian, Case No. CR-09-01212-DLJ (1031 exchange wire fraud).

Eastern District of California: U.S. v. Deborah Loudermilk, Case No. 2:11-CR-0458GEB (mail/mortgage fraud).

Summit Defense and I have been retained by the defendant in this matter, Hyung G. Lim, and it is his desire that I represent him in the proceedings to be conducted before this court.

Executed this 29th day of August, 2012, at Novato, California.

**JAMES T. REILLY, Attorney at Law**
California State Bar No. 67254
**Counsel for Defendant HYUNG G. LIM**

Summit Lim Motion Pursuant to Local Rule 1.3(c) 120829

**Exhibit A**



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617      TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

August 24, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES THOMAS REILLY, #067254 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1975; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner* (signature)

Louise Turner
Custodian of Membership Records

Re: The United States of America v. Hyung G. Lim
US District Court, Southern District of New York

**PROOF OF SERVICE**

I, **JAMES T. REILLY**, hereby certify that I am an active member of the State Bar of California and not a party to this action.

My business address is:

    JAMES T. REILLY, Attorney at Law
    SUMMIT DEFENSE
    4040 Civic Center Drive, Suite 200
    San Rafael, CA 94903

I served copies of the indicated document as follows:

Date of Delivery: August 29, 2012

Delivered by email addressed to:

    Assistant US Attorney Antonia Apps
    United States Attorney's Office
    At her email address: antonia.apps@usdoj.gov

Document Delivered:

    **MOTION PURSUANT TO LOCAL RULE 1.3(c) TO APPEAR ON BEHALF OF DEFENDANT HYUNG G. LIM and DECLARATION IN SUPPORT THEREOF**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August 29, 2012, at Novato, California.

*/s/ James T. Reilly*

**JAMES T. REILLY, Attorney at Law**
**California State Bar No. 67254**
**Counsel for Defendant Hyung G. Lim**