USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-12-14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 11, 2014

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States** v. **Hyung G. Lim**, S3 12 Cr. 121 (RJS)

Dear Judge Sullivan:

      The sentence in the above-captioned case was previously set for April 18, 2014. The Government hereby informs the Court that the defendant's cooperation is ongoing. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the defendant's sentence be adjourned for three months.

      Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
Antonia M. Apps
Assistant United States Attorney

cc: Jim Reilly, Esq. (Counsel for Hyung Lim)

IT IS HEREBY ORDERED THAT sentencing is adjourned. The government shall provide a status letter to the Court regarding Defendant's cooperation no later than June 6, 2014.

SO ORDERED.
DATE: 2/12/14