

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2014

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

        Re:    <u>United States v. Hyung G. Lim</u>,
              S3 12 Cr. 121 (RJS)

Dear Judge Sullivan:

      On February 12, 2014, Your Honor directed that the Government provide the Court with a status letter regarding the above-referenced defendant's cooperation by a sentencing control date of June 6, 2014.

      Because the defendant's cooperation is ongoing, the Government respectfully requests, with the consent of the defendant, that the sentencing control date be adjourned by six months.

                                                      Respectfully submitted,

                                                      PREET BHARARA
                                                      United States Attorney

                                                      /s/ Harry A. Chernoff
                By:  _____
                              Harry A. Chernoff
                              Assistant United States Attorney
                              (212) 637-2481

cc:  James T. Reilly, Esq. (by e-mail)
     Counsel for Hyung Lim