

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/9/14**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2014

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

# MEMO ENDORSED

      Re:    United States v. Hyung G. Lim,
                S3 12 Cr. 121 (RJS)

Dear Judge Sullivan:

      On February 12, 2014, Your Honor directed that the Government provide the Court with a status letter regarding the above-referenced defendant's cooperation by a sentencing control date of June 6, 2014.

      Because the defendant's cooperation is ongoing, the Government respectfully requests, with the consent of the defendant, that the sentencing control date be adjourned by six months.

```
IT IS HEREBY ORDERED THAT the
parties shall update the Court
regarding Defendant's continuing
cooperation no later than December
5, 2014.
```

Respectfully submitted,

PREET BHARARA
United States Attorney

/s/ Harry A. Chernoff
By: _____
Harry A. Chernoff
Assistant United States Attorney
(212) 637-2481

SO ORDERED
6/6/14

cc: James T. Reilly, Esq. (by e-mail)
    Counsel for Hyung Lim