


*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2014

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

    Re:    United States v. Hyung G. Lim, S3 12 Cr. 121 (RJS)

Dear Judge Sullivan:

    On June 6, 2014, Your Honor directed the Government to provide the Court with a status letter regarding the defendant's continuing cooperation by no later than December 5, 2014. Because the defendant's cooperation is ongoing, we respectfully request, with the consent of the defendant, that this matter be further adjourned by six months. Should the defendant's status change in the meantime, we will of course promptly advise Your Honor.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

            /s/ Harry A. Chernoff
    By:_____
        Harry A. Chernoff
        Assistant United States Attorney

cc: James T. Reilly, Esq. (by e-mail)
    Counsel for Hyung Lim