

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2015

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

    Re:    <u>United States</u> v. <u>Hyung G. Lim</u>, S3 12 Cr. 121 (RJS)

Dear Judge Sullivan:

    Following the Government's last submission on December 5, 2014, concerning the above-referenced defendant's status, Your Honor directed the Government to provide the Court with a status letter regarding the defendant's continuing cooperation by no later than June 5, 2015. With our apologies for the lateness of this letter, the Government writes to request respectfully, with the consent of the defendant, that this matter be further adjourned by approximately six months because the defendant's cooperation is ongoing. Should the defendant's status change in the meantime, we will of course promptly advise Your Honor.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                                    /s/ Harry A. Chernoff
By:_____
                                  Harry A. Chernoff
                                  Assistant United States Attorney

cc: James T. Reilly, Esq. (by e-mail)
      Counsel for Hyung Lim